UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES EDWARD SPENCER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO: 2:09-cv-1089-MEF |
| v. ) | |
| ) | (WO – Do Not Publish) |
| BOB RILEY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of Plaintiff's Motion to Proceed In Forma Pauperis (Doc. # 67) and the attached affidavit, and pursuant to the Court's authority under 28 U.S.C. § 1915(a)(1), it is hereby ORDERED that Plaintiff's motion is GRANTED.

DONE this the 24th day of October, 2012.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE